**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLARD SANTOS,** | : | **CIVIL ACTION NO. 1:05-CV-0008** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **BUREAU OF PRISONS and** | : | |
| **CRYSTAL SHIVERY**, Correctional | : | |
| Officer, USP Lewisburg, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of March, 2006, upon consideration of plaintiff's

motion for a preliminary injunction (Doc. 22), in which plaintiff seeks an order

preventing defendants from housing him in the Special Housing Unit and from

transferring him to another institution, and it appearing that plaintiff failed to

exhaust his administrative remedies prior to seeking relief in this court, see Doc. 23-

2, pp. 9-12, and it further appearing that plaintiff's recent transfer to the United

States Penitentiary at Atwater, Atwater, California, see Docs. 26, 27, renders the

motion moot, see Weaver v. Wilcox, 650 F.2d 22, 27, n. 13 (3d Cir. 1981)(holding a

prisoner's transfer from the prison moots claims for injunctive relief relating to

prison conditions), it is hereby ORDERED that plaintiff's motion is DENIED.


  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge